UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11757 JLT

OMNIPOINT HOLDINGS, INCORPORATED

    Plaintiff

v.

THE TOWN OF WATERTOWN,
THE TOWN OF WATERTOWN ZONING BOARD OF APPEALS,
and JOHN W. MARSHALL, JOHN J. McCARTHY, ANTHONY D. FURIA, ELAINE V. GREY and HARRY J. VLACHOS,
as they are members of the TOWN OF WATERTOWN
ZONING BOARD OF APPEALS,

    Defendants

**REQUEST FOR DEFAULT**
**(PURSUANT TO FED. R. CIV. P. 55(a))**

To the Clerk of the United States District Court:

I, Peter B. Morin, Esquire, attorney for the above named Plaintiff, state that a Complaint in which a Judgment for Affirmative Relief is sought against the Defendants herein was filed on August 11, 2004 and a Summons and a copy of the Complaint were served upon the Defendants by Certified Mail, Return Receipt Requested, as provided in Fed. R. Civ. P. 4(j) and Mass. R. Civ. P. 4(d)(4) and (5). Proof of Service is shown by the original green card receipts attached hereto. As the receipts evidence receipt of Plaintiff's Complaint and the time within which the Defendants shall have served a Responsive Pleading or otherwise defend pursuant to Fed. R. Civ. P. 12(a), has expired and the Defendants herein have failed to serve or file an Answer or otherwise defend, the Plaintiff's hereby request that Default enter against all Defendants.

Dated at Boston, Massachusetts this 2d day of September, 2004.

Signed under the pains and penalties of perjury.

OMNIPOINT HOLDINGS, INC.
By its attorney,

*/s/ Peter B. Morin*

Peter B. Morin, Esquire (BBO# 355155)
McDermott, Quilty & Miller, LLP
21 Custom House Street
Boston, MA 02110
617-946-4600 tel.
617-946-4624 fax.

## CERTIFICATE OF SERVICE

I, Peter B. Morin, attorney for the Plaintiff, hereby certify that I have served a copy of the foregoing on the Defendants in the manner provided by the Rules of this Court, this 2d day of September, 2004.

*/s/ Peter B. Morin*

2