UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11757-JLT

| | |
|---|---|
| OMNIPOINT HOLDINGS, INCORPORATED,<br><br>    Plaintiff<br><br>v.<br><br>THE TOWN OF WATERTOWN, TOWN OF WATERTOWN ZONING BOARD OF APPEALS, and JOHN W. MARSHALL, JOHN J. McCARTHY, ANTHONY D. FURIA, ELAINE V. GREY and HARRY J. VLACHOS, as they are members of the TOWN OF WATERTOWN ZONING BOARD OF APPEALS,<br><br>    Defendants | DEFENDANTS' ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT |

Now come the defendants and pursuant to Fed. R. Civ. P. 6 hereby move that the Court enlarge the time for the filing of the defendants' response to the Complaint until December 31, 2004. The plaintiff has assented to this motion.

### MEMORANDUM OF REASONS

As grounds for their Motion to Enlarge Time to Respond to the Complaint, the defendants state the following:

1.    The Complaint is lengthy and refers to voluminous materials produced at an administrative hearing held by the defendants. The defendants' counsel will need additional time to investigate the relevant facts and respond.

2. Further, additional time is requested by the defendants because the plaintiff has recently filed a new application with the defendant Zoning Board of Appeals seeking approval of an alternate site. Should the Board approve the alternate site, the instant litigation will be moot.

3. The defendants therefore request additional time to file a response to the Complaint.

WHEREFORE, the defendants respectfully request, with the assent of the plaintiff, that this Court allow their Motion to Enlarge Time to Respond, up to and including December 31, 2004.

DEFENDANTS TOWN OF WATERTOWN, TOWN OF WATERTOWN ZONING BOARD OF APPEALS, ET AL

By their attorneys,

/s/ Patricia A. Cantor
Joel B. Bard (BBO# 029140)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
  Town Attorney
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

ASSENTED TO:

PLAINTIFF OMNIPOINT HOLDINGS INCORPORATED,

By its attorney,

/s/ Peter B. Morin
Peter B. Morin (BBO#355155)
McDermott, Quilty & Miller LLP
21 Custom House Street, Suite 300
Boston, MA 02110
(617) 946-4600

230489/WATR/0001