UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11757-JLT

| | |
|---|---|
| OMNIPOINT HOLDINGS, INCORPORATED,<br><br>    Plaintiff<br><br>v.<br><br>THE TOWN OF WATERTOWN, TOWN OF WATERTOWN ZONING BOARD OF APPEALS, and JOHN W. MARSHALL, JOHN J. McCARTHY, ANTHONY D. FURIA, ELAINE V. GREY and HARRY J. VLACHOS, as they are members of the TOWN OF WATERTOWN ZONING BOARD OF APPEALS,<br><br>    Defendants | DEFENDANTS' ASSENTED-TO MOTION TO REMOVE DEFAULT |

Now come the defendants and pursuant to Fed. R. Civ. P. 55 hereby move the Court to remove the default entered in this case on or about September 3, 2004. The plaintiff has assented to this motion.

### MEMORANDUM OF REASONS

As grounds for this Motion, the defendants state the following:

1. The Complaint is lengthy and refers to voluminous materials produced at an administrative hearing held by the defendants.

2. The defendants' counsel was investigating the relevant facts and left a message for the plaintiff's counsel requesting an assent to a motion to enlarge time to file a responsive pleading. The plaintiff's counsel requested entry of a default before receiving said message.

3. The defendants have filed herewith an Assented-to Motion to Enlarge Time to Respond to Complaint.

4. The defendants have requested additional time because the plaintiff has recently filed a new application with the defendant Zoning Board of Appeals seeking approval of an alternate site. Should the Board approve the alternate site, the instant litigation will be moot.

5. To require the parties to engage in litigation which all involved are endeavoring to resolve would squander judicial resources as well as the resources of the parties.

6. The plaintiff assents to this Motion.

WHEREFORE, the defendants respectfully request, with the assent of the plaintiff, that the Court remove the default entered in this matter.

DEFENDANTS TOWN OF WATERTOWN,
TOWN OF WATERTOWN ZONING BOARD
OF APPEALS, ET AL

By their attorneys,

/s/ Patricia A. Cantor
Joel B. Bard (BBO# 029140)
Patricia A. Cantor (BBO# 072380)
Kopelman and Paige, P.C.
  Town Attorney
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

ASSENTED TO:

PLAINTIFF OMNIPOINT HOLDINGS INCORPORATED,

By its attorney,

/s/ Peter B. Morin
Peter B. Morin (BBO#355155)
McDermott, Quilty & Miller LLP
21 Custom House Street, Suite 300
Boston, MA 02110
(617) 946-4600

230817/WATR/0001

2