UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Omnipoint Holdings, Inc<br>    Plaintiff<br><br>V.<br><br>The Town of Watertown, et. al.<br>    Defendant | CIVIL ACTION<br><br>NO. 04-cv-11757 JLT |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, Omnipoint Holdings, Inc. for an order of Default for failure of the Defendant, The Town of Watertown, et al., to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 14th day of September, 2004 .

TONY ANASTAS
CLERK OF COURT

By:   /s/ Kimberly M. Abaid
        Deputy Clerk

Notice mailed to: All Counsel on Record

**(Default Notice.wpd - 2/2000)** **[ntcdflt.]**

Case 1:04-cv-11757-JLT     Document 5     Filed 09/14/2004     Page 2 of 2

**(Default Notice.wpd - 2/2000)** **[ntcdflt.]**