UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11757-JLT

OMNIPOINT HOLDINGS,
INCORPORATED,

    Plaintiff

v.

THE TOWN OF WATERTOWN, TOWN OF
WATERTOWN ZONING BOARD OF
APPEALS, and JOHN W. MARSHALL,
JOHN J. McCARTHY, ANTHONY D.
FURIA, ELAINE V. GREY and HARRY J.
VLACHOS, as they are members of the
TOWN OF WATERTOWN ZONING
BOARD OF APPEALS,

    Defendants

JOINT MOTION TO FURTHER
ENLARGE TIME TO RESPOND
TO COMPLAINT

The parties hereby request that the Court further enlarge the time for the filing of the defendants' response to the Complaint until February 28, 2005. In support of this Joint Motion, the parties rely on the following.

## MEMORANDUM OF REASONS

1. Plaintiff, Omnipoint Holdings, Inc. ("Omnipoint") is appealing under the Telecommunications Act of 1996, 47 U.S.C. §332(c)(7), from a decision by the Town of Watertown Zoning Board of Appeals ("ZBA") denying zoning permits to locate a proposed telecommunications facility at the Oakley Country Club, 410 Belmont Street, Watertown, Massachusetts ("Country Club").

2. By agreement of the parties and approval of the Court, the defendants' response to plaintiff's complaint is due by December 31, 2004.

3. Omnipoint has stated that it intends to apply to the ZBA to locate a facility at an alternative site to the Country Club and that it intends to file its new application to the ZBA in approximately mid-January, 2005.

4. If the ZBA approves the alternative site, the current litigation will be moot.

5. The Complaint is lengthy and refers to voluminous materials produced at an administrative hearing held by the defendants.

6. In the event that the alternative site is not approved, the defendants will require sufficient time to respond to the Complaint.

WHEREFORE, the parties respectfully request that this Court allow their Motion to Enlarge Time to Respond, up to and including February 28, 2005.

| | |
|---|---|
| PLAINTIFF OMNIPOINT HOLDINGS INCORPORATED,<br><br>By its attorney,<br><br>_/s/ Peter B. Morin_<br>Peter B. Morin (BBO#355165)<br>McDermott, Quilty & Miller LLP<br>21 Custom House Street, Suite 300<br>Boston, MA 02110<br>(617) 946-4600 | DEFENDANTS TOWN OF WATERTOWN, TOWN OF WATERTOWN ZONING BOARD OF APPEALS, ET AL<br><br>By their attorneys,<br><br>_/s/_<br>Joel B. Bard (BBO# 029140)<br>Patricia A. Cantor (BBO# 072380)<br>Kopelman and Paige, P.C.<br>  Town Attorney<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on _____

238006/31405/0041

2