UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11757-JLT

FILED
CLERKS OFFICE
2005 FEB 11 PT 1: 41
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| OMNIPOINT HOLDINGS, INCORPORATED,<br><br>Plaintiff<br><br>v.<br><br>THE TOWN OF WATERTOWN, TOWN OF WATERTOWN ZONING BOARD OF APPEALS, and JOHN W. MARSHALL, JOHN J. McCARTHY, ANTHONY D. FURIA, ELAINE V. GREY and HARRY J. VLACHOS, as they are members of the TOWN OF WATERTOWN ZONING BOARD OF APPEALS,<br><br>Defendants | JOINT MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT |

The parties hereby request that the Court further enlarge the time for the filing of the defendants' response to the Complaint and that the time be enlarged to April 15, 2005. In support of this Joint Motion, the parties rely on the following.

### MEMORANDUM OF REASONS

1. Plaintiff, Omnipoint Holdings, Inc. ("Omnipoint") is appealing under the Telecommunications Act of 1996, 47 U.S.C. §332(c)(7), from a decision by the Town of Watertown Zoning Board of Appeals ("ZBA") denying zoning permits to locate a proposed telecommunications facility at the Oakley Country Club, 410 Belmont Street, Watertown, Massachusetts ("Country Club").

2. By agreement of the parties and approval of the Court, the date for the filing of defendants' response to plaintiff's complaint was enlarged to February 28, 2005.

3. Omnipoint has applied to the ZBA to locate a facility at an alternative site to the Country Club.

4. The ZBA is in the process of reviewing and acting on Omnipoint's new application.

5. The ZBA will likely not take final action on Omnipoint's new application before February 28, 2005.

6. If the ZBA approves the alternative site, which is the subject of the new pending application, the current litigation will be dismissed as moot.

7. The Complaint is lengthy and refers to voluminous materials produced at an administrative hearing held by the defendants.

8. In the event that the current litigation is not mooted, the defendants will require sufficient time to respond to the Complaint.

WHEREFORE, the parties respectfully request that this Court allow their Motion to Enlarge Time to Respond, up to and including April 15, 2005.

| | |
|---|---|
| PLAINTIFF OMNIPOINT HOLDINGS INCORPORATED, | DEFENDANTS TOWN OF WATERTOWN, TOWN OF WATERTOWN ZONING BOARD OF APPEALS, ET AL |
| By its attorney, | By their attorneys, |
| *(signature)* | *(signature)* |
| Peter B. Morin (BBO#355155) | Joel B. Bard (BBO# 029140) |
| McDermott, Quilty & Miller LLP | Patricia A. Cantor (BBO# 072380) |
| 21 Custom House Street, Suite 300 | Kopelman and Paige, P.C. |
| Boston, MA 02110 | Town Attorney |
| (617) 946-4600 | 31 St. James Avenue |
| | Boston, MA 02116 |
| 242673/31405/0041 | (617) 556-0007 |

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand on _____ 2005

2