UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Civil Action No. 04-11757 JLT

| | |
|---|---|
| OMNIPOINT HOLDINGS, INCORPORATED | ) |
| Plaintiff | ) |
| v. | ) |
| THE TOWN OF WATERTOWN, THE TOWN OF WATERTOWN ZONING BOARD OF APPEALS, and JOHN W. MARSHALL, JOHN J. McCARTHY, ANTHONY D. FURIA, ELAINE V. GREY and HARRY J. VLACHOS, as they are members of the TOWN OF WATERTOWN ZONING BOARD OF APPEALS, | ) |
| Defendants | ) |

**STATUS REPORT AND JOINT REQUEST TO EXTEND
TIME FOR FILING ANSWER TO COMPLAINT**

The Parties to this action wish to advise the Court that a settlement of the matter is nearing completion and therefore, it is advisable to further extend the time for filing of an Answer to the Complaint. Settlement involves approval of an alternative site, expiration of applicable appeal periods and issuance of a building permit. Therefore, the parties jointly have agreed to extend the time for filing an Answer to June 30, 2005.

| OMNIPOINT HOLDINGS, INC.<br>By its attorney,<br><br>/s/ Peter B. Morin<br>Peter B. Morin, Esquire (BBO# 355155)<br>McDermott, Quilty & Miller, LLP<br>21 Custom House Street<br>Boston, MA  02110<br>617-946-4600 tel.<br>617-946-4624 fax. | Town of Watertown and the Town of Watertown Zoning Board of Appeals,<br>By their attorney,<br><br>/s/ Patricia A. Cantor<br>Patricia A. Cantor, Esquire (BBO#072380)<br>Joel B. Bard, Esquire (BBO#029140)<br>Kopelman & Paige, P. C.<br>Town Attorney<br>31 St. James Street<br>Boston, MA 02116<br>617-556-0007 |