UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 04-11757-JLT

| | |
|---|---|
| OMNIPOINT HOLDINGS, INCORPORATED,<br><br>    Plaintiff<br><br>v.<br><br>THE TOWN OF WATERTOWN, THE TOWN OF WATERTOWN ZONING BOARD OF APPEALS, and JOHN W. MARSHALL, JOHN J. McCARTHY, ANTHONY D. FURIA, ELAINE V. GREY and HARRY J. VLACHOS, as they are members of the TOWN OF WATERTOWN ZONING BOARD OF APPEALS,<br><br>    Defendants | STIPULATION OF DISMISSAL WITH PREJUDICE |

    This action was filed by Omnipoint Holdings, Inc. as a result of the denial by the Defendant Board of Appeals of Omnipoint's application for zoning relief necessary to erect a wireless services facility, which denial the Plaintiff alleged to be in violation of the federal Telecommunications Act of 1996. The proposed location in that application would have permitted the Plaintiff to resolve two separate and distinct areas of inadequate coverage.

    Subsequent to the filing of its Complaint, Omnipoint filed an application for zoning relief in order to erect a facility at an alternative location. During the hearings on that application, Omnipoint submitted evidence that the alternative location would permit it to provide reliable coverage to one, but not both, of the coverage gaps that were proposed to be filled by the original location that is the subject of this litigation. The Defendants acknowledge that Omnipoint will continue to seek zoning approvals that will permit it to fill remaining coverage gap. Omnipoint

2

has therefore agreed to dismissal of this litigation, with prejudice, with the understanding that the Defendant Board of Appeals acknowledges its obligations under the Telecommunications Act to act on said application in compliance therewith.

The parties hereto therefore submit that the matter shall be dismissed, *with prejudice*, pursuant to Fed. R. Civ. P. 41(a)(1).

|  |  |
|---|---|
| OMNIPOINT HOLDINGS, INC. | TOWN OF WATERTOWN and the TOWN OF WATERTOWN ZONING BOARD OF APPEALS |
| By its attorney, | By their attorney, |
| /s/ Peter B. Morin<br>Peter B. Morin, Esquire (BBO#355155)<br>McDermott, Quilty & Miller LLP<br>21 Custom House Street, Suite 300<br>Boston, MA  02110<br>(617) 946-4600 | /s/ Patricia A. Cantor<br>Joel B. Bard (BBO# 029140)<br>Patricia A. Cantor, Esquire (BBO#072380)<br>Kopelman & Paige, P.C.<br> Town Attorney<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

Dated: June 29, 2005

2